# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

May 17, 2006

The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

*Application granted.
So ordered.
[signature], USDJ
5/19/06
cc: parties
USPO Turton*

U.S.A. v. Jose Garcia-Castillo, 06 CR 0096 (ARR)

Your Honor:

On behalf of my client, Mr. Jose Garcia-Castillo, I make this first request for an adjournment of sentencing (now scheduled for Tuesday, May 23) of approximately four to six weeks in order to provide more time to gather information possibly relevant to sentencing.

Thank you for your attention to this matter.

Sincerely,

Douglas G. Morris
Staff Attorney
(718) 330-1209

cc: Assistant U.S. Attorney Evan C. Williams

U.S. Probation Officer Jaime L. Turton

Clerk of the Court

Mr. Jose Garcia-Castillo